**Benjamin A. Schmahl and Mary Eletha Schmahl, Appellees, v. Charles R. Ackerson, Appellant.**

**Gen. No. 10,102.**

opinion filed July 23, 1947; rehearing denied September 23, 1947; released for publication September 24, 1947. Besse and Besse, for appellant; Clyde Smith for appellees. Opinion by Justice BRISTOW. Not to be published in full.